IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD ULRICH,** | **CIVIL NO. 1:14-CV-1025** |
| Plaintiff | |
| v. | **(Judge Rambo)** |
| **GOVERNOR TOM CORBETT,** *et al.,* | **(Magistrate Judge Blewitt)** |
| Defendants | |

# O R D E R

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Blewitt (Doc. 16).

2) Plaintiff is granted leave to proceed *in forma pauperis* solely for the purposes of filing this action.

3) Plaintiff's claims for damages against Defendants in their official capacities are dismissed with prejudice.

4) Plaintiff's claims arising under 42 U.S.C. § 1985 are dismissed with prejudice.

5) Plaintiff's request for class certification is denied.

6) Plaintiff's request for a specific amount of money damages is stricken from the record.

7) Plaintiff's complaint is dismissed with prejudice in its entirety against Defendants Corbett, Wetzel, Pickens and Eakin.

8) Plaintiff's motion for extension of time to file an additional response to the magistrate judge's report and recommendation (Doc. 18) is **DENIED**.

9) Any appeal from this order will be deemed frivolous and not taken in good faith.

10) The Clerk of Court shall close the file.

s/Sylvia H. Rambo<br>United States District Judge

Dated: August 15, 2014.